(May 10, 1954.)

∎

LINDA AHNERT, an Infant, by HILMAR B. AHNERT, Her Guardian ad Litem, et al., Appellants, v. ANCHOR POST PRODUCTS, INC., et al., Respondents, et al., Defendants.— In an action to recover damages for personal injuries alleged to have been suffered by the infant plaintiff, and by her father to recover medical expenses, plaintiffs appeal from a resettled order granting the motion of defendant Regent Estates, Inc., to require plaintiffs to produce, for discovery and inspection, the piece of wire alleged to have caused the infant plaintiff's injury. Resettled order affirmed, with one bill of $10 costs and disbursements to the respondents filing briefs; appellants to produce said wire for discovery and inspection within ten days after the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

∎

JOHN BENSON, JR., Respondent, v. SOCIETY OF THE NEW YORK HOSPITAL, Appellant.— Plaintiff sues in two causes of action to recover damages for false imprisonment. Defendant appeals from an order denying its motion to strike from the complaint paragraphs 5, 6, 8, 13 and portions of paragraphs 7, 10 and 15, pursuant to rule 103 of the Rules of Civil Practice. These paragraphs allege in substance that defendant committed assault and battery on plaintiff and also alleged slander and deprivation of civil rights. Plaintiff had stipulated that these allegations are solely by way of aggravation of damages for false imprisonment. Order affirmed, with $10 costs and disbursements, with leave to the defendant to answer within ten days after the entry of the order hereon. (Berthold v. C. I. T. Corp., 242 App. Div. 649; Smith v. Bower, 270 App. Div. 977; Beardsley v. Soper, 184 App. Div. 399.) Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.